COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      J. Ray Riley v. Nick C. Caridas

Appellate case number:    01-19-00114-CV

Trial court case number:  2016-04629

Trial court:              281st District Court of Harris County

The reporter's record was originally due March 26, 2019. On August 15, 2019, this Court denied the court reporter's further motions for extension and abated and remanded the cause for the trial court to hold a hearing to determine why the reporter's record had not been filed.

The reporter's record and a supplemental reporter's record containing exhibits were filed on August 26, 2019. Accordingly, we **withdraw** the order of August 15, 2019 and we **reinstate** the appeal on the active docket.

Appellant's brief is due **30 days from the date of this order**.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                     ☑ Acting individually     ☐ Acting for the Court


Date:    __August 29, 2019__